SAMUEL S. KAUFMAN and Others, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant; CORDIAL REALTY CORPORATION and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Does the amended complaint improperly unite a cause of action in equity for the foreclosure of a mortgage and for an injunction with a cause or causes of action at law to recover damages for fraud and deceit, contrary to the provisions of section 258 of the Civil Practice Act? Present — Young, Hagarty, Carswell, Scudder and Davis, JJ. [See *ante*, p. 874.]